UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61855-CIV-SINGHAL

OTTO RAMIRO BARAHONA ARANA,

     Petitioner,

v.

UNITED STATES IMMIGRATION
AND CUSTOMS ENFORCEMENT, *et al.*,

     Respondents.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on Petitioner's Notice of Voluntary Dismissal.

(DE [3]).  The Court having reviewed the Notice and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT**

**PREJUDICE**.  The Clerk is directed to **CLOSE** this case, and any pending motions are

**DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 10th day of

July 2026.

                                          _____
                                     RAAG SINGHAL
                                     UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF